AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
DANTE LARA,
A/K/A "KING NASTY"

Case No. 19 CR 10459 RWZ

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dante Lara, a/k/a "King Nasty"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:   12/04/2019

*Issuing officer's signature*

City and state:   Boston, Massachusetts            Breden Gavin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.
Date: _____              WARRANT EXECUTED BY FBI   *Arresting officer's signature*
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/5/2019
*Printed name and title* |