**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:19-CR-10459-RWZ |
| | ) | |
| **DANTE LARA** | ) | |

## MOTION FOR VOLUNTARY DETENTION WITHOUT PREJUDICE

Now comes the defendant, Dante Lara, and respectfully requests that this Court allow Mr. Lara to consent to voluntary detention without waiving his right to seek release from detention at a later date, by motion. The hearing is currently scheduled for December 19, 2019.

As grounds for this motion, counsel states that on December 16, 2019 and December 18, 2019, the government informed defense counsel of additional information relative to Mr. Lara that impacts his decision to pursue release at this juncture. As a result, Mr. Lara requests that an order of voluntary detention be entered at this time, without prejudice to the defendant filing a motion at any time for a full detention hearing and the setting of conditions of release, regardless of changed circumstances.

Respectfully submitted,

*/s/ Claudia Lagos*
Claudia Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5056
clagos@scullylagos.com

Dated:  December 18, 2019