UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
19-10459-RWZ

UNITED STATES OF AMERICA

v.

DANTE LARA

## MEMORANDUM AND ORDER OF DETENTION

December 24, 2019

DEIN, M.J.

The defendant is charged in an indictment with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d), and conspiracy to manufacture, distribute and possess with intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846. An initial appearance was held before this court on December 5, 2019, at which time the government moved for detention on the grounds that the defendant poses a danger to the community and a serious risk of flight.

A detention hearing was scheduled to be held on December 19, 2019. Shortly before the hearing the defendant, through counsel, notified the court that the defendant consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless whether there have been changed circumstances.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge