March 4, 2020

FILED IN CLERKS OFFICE
2020 MAR -9 PM 4: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

To whom it may concern;

My name is Dante Juan Lara, My attorney's name is Claudia Lagos. I would like to have her removed from my case for the following reasons,

1) She has yet to send me any of my paperwork such as my affadavit, my charges, my guidelines.

2) I have been complaining about my medical issue for some time now, I have Diverticulitis and have been having inflamations in my intestines for 3 months now. I've taken all the necessary steps the Plymouth County Correctional Facility offers to address this situation as well as tell my attorney about it to get a medical transfer. The food they give I cant eat and i cant properly cook my own canteen due to not having microwaves or hotpots.

3) My family has been trying to contact my attorney to get any updates she may have about the case and she does not respond. She does not answer any of my calls as well. I feel this particular attorney is not working in my favor and im unhappy with her performance as of now. Im asking for a different attorney to be asigned to my case please.

Thank you for your time and considering my situation.

Respectfully,
Dante L